This is to advise that on November 23, 2010

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 10-130

In action

Ct. No. 09-00439

Carpenter Technology Corporation and Valbruna
Slater Stainless, Inc.,
(Plaintiffs,)

v.

United States,
(Defendant)